### OFEILD contᵃ VITTROY &cᵃ

Maudline Ofeild Relict and Execˣ to the Estate of her late Husband Thomas Ofeild deceᵈ plaint. contᵃ the goods money or Estate of Michael ·Vittroy deceᵈ in the hands of Eliakim Hutchinson Admʳ of the sᵈ Estate, Defendᵗ As also the goods or Estate of John Nurse of

Treece in an action of the case for witholding the Summe of One hundred twenty Four pounds currant money of New-England due to this plaint. by bill under their hands and Seales dat^d 16° May. 1679. with damages: . . . The Jury . . . found for the plaint. one hundred and twenty pounds in money and costs of Court allow^d twenty four Shillings ten pence.

Execution issued 17° Nov^r 1679.